Annette S. POTTER, Plaintiff-Appellant,

v.

LABOR AND INDUSTRIAL RELATIONS COMMISSION OF MISSOURI, and Division of Employment Security, and Eastwood Albany, Incorporated, Defendants-Respondents.

No. WD 34819.

Missouri Court of Appeals, Western District.

March 13, 1984.

Bruce D. Neas of Legal Aid of Western Mo., St. Joseph, Mo., for plaintiff-appellant.

Sharon A. Willis, Kansas City, and Rick V. Morris, Jefferson City, for Div. of Employment Security of Mo.

Timothy P. Duggan, Jefferson City, for Industrial Relations Comm'n of Missouri.

Before PRITCHARD, P.J., and MANFORD and NUGENT, JJ.

## ORDER

PER CURIAM:

This is a direct appeal from a circuit court judgment which affirmed a ruling of the Missouri Labor and Industrial Relations Commission denying unemployment benefits.

Judgment affirmed. Rule 84.16(b).